```
               UNITED STATES DISTRICT COURT
               MIDDLE DISTRICT OF TENNESSEE
                     NASHVILLE DIVISION
```

R. ALAN SAYLES,                    )
                                   )
        Plaintiff                  )
                                   )    No. 3:15-0856
v.                                 )    Judge Campbell/Bryant
                                   )    **Jury Demand**
AMERICAN HOMEPATIENT,, INC.,       )
                                   )
        Defendant                  )

## INITIAL CASE MANAGEMENT ORDER

The undersigned Magistrate Judge conducted the initial case management conference in this case on October 6, 2015. The parties failed to agree on appropriate pretrial deadlines in this case. Accordingly, the undersigned Magistrate Judge enters the following case management order:

1. The parties shall serve initial disclosures by **November 4, 2015**.

2. Fact discovery shall be completed by **May 2, 2016**. Motions related to discovery shall be filed by **May 16, 2016**.

3. Plaintiff shall disclose his expert witnesses and serve Rule 26(a)(2) expert witness reports by **May 20, 2016**. Defendant shall disclose its expert witnesses and serve Rule 26(a)(2) expert witness reports by **July 5, 2016**. Depositions of expert witnesses shall be completed by **August 19, 2016**.

4. Plaintiff shall file his motion for class certification no later than **May 31, 2016**. A response in opposition

shall be filed within **28 days** of the filing of the motion and, in any event, no later than **June 28, 2016**. An optional reply may be filed within **14 days** of the filing of the response and, in any event, no later than **July 12, 2016**.

  5. Any dispositive motion shall be filed by **September 9, 2016.** A response shall be filed within **28 days** of the filing of the motion and, in any event, by **October 7, 2016**. An optional reply, limited to **five pages**, may be filed within **14 days** after the filing of the response and, in any event by **October 21, 2016**.

  6. The target trial date for this case is **January 31, 2017.**

  It is so **ORDERED**.

           /s/ John S. Bryant
           JOHN S. BRYANT
           United States Magistrate Judge